

# NUMBER 13-24-00323-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FAUSTINO JAIME PORRAS,
THRU HIS NEXT FRIEND
ORALIA PORRAS,                                                    Appellant,

v.

SAN JUAN NURSING HOME, INC.,                          Appellee.

## ON APPEAL FROM THE 398TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This matter is before the Court on appellant's unopposed motion to withdraw appeal and appellee's motion to dismiss which, was previously carried with the case. We construe appellant's motion to withdraw as a motion to dismiss. Both parties agree that the motion appellant was attempting to appeal is not a final, appealable judgment.

Therefore, having considered both motions to dismiss, we are of the opinion that the judgment in the matter was not a final, appealable judgment and that motions should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, the motions to dismiss are granted, and the appeal is hereby dismissed. Pursuant to the apparent agreement between the parties, costs are hereby taxed against the party incurring the same. *See id.* R. 42.1(d). Because the appeal is dismissed at the parties' request, no motion for rehearing shall be entertained.

JENNY CRON
Justice

Delivered and filed on the
30th day of January, 2025.